IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEVEN D. WEHR,

      Appellant,

v.

Case No. 5D21-1019
LT Case No. 1983-002703-CFAES

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 3, 2022

Appeal from the Circuit Court
for Volusia County,
Sandra C. Upchurch, Judge.

Matthew J. Metz, Public Defender, and Nancy
Ryan, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Pamela J. Koller, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., WALLIS and TRAVER, JJ., concur.